```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

YAN YAN,                              :   CIVIL ACTION
                                      :   NO. 12-3858
          Plaintiff,                  :
                                      :
     v.                               :
                                      :
FOX CHASE CANCER CENTER, et al.,      :
                                      :
          Defendants.                 :
```

### O R D E R

**AND NOW**, this **18th** day of **September, 2014**, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

(1) Plaintiff's answers to Defendants' first set of interrogatories (ECF No. 103-3 Ex. D) are **STRICKEN from the record** as a sanction for Plaintiff's repeated violations of the Court's orders;

(2) Defendants' Motion to Dismiss as a Sanction (ECF No. 103) is **DENIED;**

(3) Defendants' Motion for Summary Judgment (ECF No. 103) is **GRANTED in its entirety;**

(4) Defendants' Motion for Leave to File Reply Brief (ECF No. 110) is **GRANTED;**

(5) Plaintiff's Motion to Answer (ECF No. 113), which the Court construes as a request for leave to file a reply brief, is **GRANTED.**

The clerk shall mark the case **CLOSED.**

**AND IT IS SO ORDERED.**

```
                         /s/ Eduardo C. Robreno
                         EDUARDO C. ROBRENO,    J.
```